1  J.M. IRIGOYEN, #177626
   CALFED LAW CORPORATION
2  2131 Amador Street
   Fresno, California 93721
3  Telephone:   (559) 233-3333
   Facsimile:   (559) 233-2434
4
   Attorney for Defendant: TED LEE DURAN
5

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 1:12-cr-0384 AWI-BAM |
|---|---|
| Plaintiff. | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS ORDER THEREON |
| TED LEE DURAN | |
| Defendant. | |

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  May 13, 2013          /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE